IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JAMISON ALFORD,<br><br>        Defendant. | 8:00CR304<br><br>ORDER |

    Defendant Jamison Alford (Alford) appeared before the court on May 8, 2015, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 108). Alford was represented by Jerry M. Hug and the United States was represented by Assistant U.S. Attorney Jeremy K. Anderson. Through his counsel, Alford waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and Alford should be held to answer for a final dispositional hearing before Senior Judge Lyle E. Strom.

    The government moved for detention. Alford requested a hearing. A hearing was scheduled for May 12, 2015.

    On May 12, 2015, Alford appeared with his counsel, Alan G. Stoler and Jerry M. Hug. The United States was represented by AUSA Anderson. The court took judicial notice of the Pretrial Services Reports as well as the Presentence Investigation Report. Alford presented a copy of a medical evaluation (Exhibit 101). Since it is Alford's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger to the community, the court finds Alford has failed to carry his burden and that Alford should be detained pending a dispositional hearing before Senior Judge Strom.

    **IT IS ORDERED**:

    1.    A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:30 a.m. on June 25, 2015**. Defendant must be present in person.

    2.    Defendant Jamison Alford is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

    3.    Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

    4.    Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    DATED this 12th day of May, 2015.

                                               BY THE COURT:

                                             s/ Thomas D. Thalken
                                            United States Magistrate Judge